Donna ZIELKE and Joseph
Zielke, Respondents

v.

James MULLEN III and Linda
Mullen, Petitioners

No. 171 MAL 2017

Supreme Court of Pennsylvania.

October 4, 2017

## ORDER

PER CURIAM

**AND NOW**, this 4th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Jonathan Michael PROCTOR,
Petitioner

No. 176 WAL 2017

Supreme Court of Pennsylvania.

October 10, 2017

## ORDER

PER CURIAM

**AND NOW**, this 10th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.